DocuSign Envelope ID: 20D5B138-A8AE-40AD-999E-3A5742059D6D

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

CHRISTOPHER WALTERS,

    Plaintiff,

-against-

JARROW FORMULAS, INC.,

    Defendant.

---

Case No.: 6:21-CV-0425 (LEK/TWD)

**STIPULATION OF DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED** by and between the attorneys for the parties listed below that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the above entitled action is dismissed with prejudice. Each party to the action shall bear its own costs of the action, including attorneys' fees.

Dated: New York, New York
      6/24/2021

NYE, STIRLING, HALE & MILLER, LLP

By: _Benjamin Sweet_ (DocuSigned)
Benjamin C. Sweet, Esq.
1145 Bower Hill Road, Suite 104
Pittsburgh, PA 15243
Tel: 412-857-5350
Email: ben@nshmlaw.com

Attorneys for Plaintiff,
CHRISTOPHER WALTERS

Dated: New York, New York
      June 24, 2021

ROBINSON & COLE LLP

By: _____
Ian Clarke-Fisher
666 Third Avenue, 20th Floor
New York, NY 10017
Tel: 212-451-2900
Email: iclarke-fisher@rc.com

Attorneys for Defendant,
JARROW FORMULAS, INC.

IT IS SO ORDERED:

_/s/ Lawrence E. Kahn_
Lawrence E. Kahn
Senior U.S. District Judge

Dated: June 29, 2021

A-2